IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MALACHY DeHENRE, #317415

VS.                                                           CIVIL ACTION NO. 1:13cv478-KS-MTP

STATE OF MISSISSIPPI AND
RONALD KING

## JUDGMENT

This matter having come before the Court on Petitioner for Writ of Habeas Corpus filed by Plaintiff Malachy DeHenre and the Court found in a separate opinion that the Petition in the above styled and numbered case should be **dismissed with prejudice**.

IT IS THEREFORE ORDERED AND ADJUDGED that the above captioned cause be and the same is hereby dismissed with prejudice pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED on this, the 29th day of July, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE